

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-25-00337-CV

IN THE INTEREST OF A.C. AND N.C., CHILDREN

On Appeal from the County Court at Law No. 1
Randall County, Texas
Trial Court No. 85739L1, Honorable Jack M. Graham, Presiding

March 24, 2026

## ORDER OF ABATEMENT AND REMAND

Before PARKER, C.J., and DOSS and YARBROUGH, JJ.

Appellant D.C. appeals the trial court's order terminating the parent-child relationship between he and his two children, A.C. and N.C. The parties have submitted their briefs but Appellant's counsel has filed with this Court a motion to withdraw on account of new employment creating an irreconcilable conflict.

We abate the appeal and remand the cause to the trial court to rule on counsel's motion to withdraw and to determine whether new counsel be appointed to represent D.C.

The trial court shall issue findings of fact and conclusions of law addressing the foregoing matters and shall cause to be developed (1) a clerk's record containing the findings and conclusions and (2) a reporter's record transcribing any evidence and

argument presented at the hearing.  Due to the time-sensitive nature of an appeal from a parental termination order, the record shall be filed with the **Clerk of this Court on or before March 31, 2026**.  *See* TEX. R. JUD. ADMIN. 6.2(a).

If the trial court determines that new appellate counsel should be appointed, the name, address, email address, telephone number, and state bar number of any newly appointed counsel shall be included in the aforementioned findings.  Should the trial court determine that the appointment of new counsel is not required, the appeal shall proceed in due course upon reinstatement of the cause on this Court's docket.

It is so ordered.

Per Curiam